# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YULON CLERK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 09-5121 |
| FIRST BANK OF DELAWARE d/b/a | : | |
| EASTERN SPECIALTY FINANCE, INC. | : | |
| d/b/a/ CHECK'N GO, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 22nd day of March, 2010, upon consideration of the Motion of Defendant First Bank of Delaware to Stay and Compel Arbitration of Plaintiff's Claims (Document No. 2, filed November 16, 2009), Plaintiff Yulon Clerk's Opposition to Defendant First Bank of Delaware's Motion to Stay and Compel Arbitration of Plaintiff's Claims (Document No. 4, filed November 30, 2009), Reply Brief in Further Support of Defendant First Bank of Delaware's Motion to Stay and Compel Arbitration of Plaintiff's Claims (Document No. 5, filed December 11, 2009), Plaintiff Yulon Clerk's Supplemental Memoranda of Law Concerning the Impact of Kaneff v. Delaware Title Loans, Inc. Upon This Action (Document No. 7, filed December 22, 2009), and Supplemental Memorandum of Law of Defendant First Bank of Delaware Addressing the Impact of the Third Circuit's Decision in Kaneff v. Delaware Title Loans, Inc. (Document No. 8, filed December 22, 2009), for the reasons set forth in the Memorandum dated March 22, 2010, **IT IS ORDERED** as follows:

1. The Motion of Defendant First Bank of Delaware to Stay and Compel Arbitration of

-1-

Plaintiff's Claims is **GRANTED**;

2. The dispute between plaintiff and defendant is **REFERRED** to arbitration pursuant to the terms and conditions of the Waiver of Jury Trial and Arbitration Agreement;

3. All proceedings by plaintiff against defendant in this Court are **STAYED** until further order of the Court;

4. The case is **TRANSFERRED** to the Civil Suspense File pending a final decision in arbitration; and,

5. Counsel for plaintiff and defendant shall file and serve joint status reports with respect to the arbitration proceeding at four (4) month intervals or more frequently if warranted by the circumstances. One (1) copy of each status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

BY THE COURT:

   /s Jan E. Dubois  
**JAN E. DUBOIS, J.**